## STEVENS *vs.* THE STATE OF GEORGIA.

1. A case having been dismissed for failure to file briefs before the expiration of the last term of court, according to order passed under Code, §4271 (*a*) *et seq.*, and no excuse for such failure having been shown at that term, it is too late at the next term to move to reinstate such case by showing cause for the failure to file briefs. See *Bleyer vs. Old Hickory Distillery*, (decided to-day.)

2. If the rule were otherwise, plaintiff had two counsel, only one of whom was sick ; and such excuse would hardly avail.

February 10, 1883.

JACKSON, Chief Justice.

---

## LEWIS *vs.* FROST.

1. An affidavit to foreclose a mortgage on personalty must show the jurisdiction of the court in which the proceeding is commenced.

2. An affidavit to foreclose a mortgage is not amendable by inserting the words " of said county " after the name of the defendant, so as to show the jurisdiction of the court. §3488 of the Code does not apply to an affidavit which is the foundation of a legal proceeding. Code, §3504.

October 10, 1882.

CRAWFORD, Justice.